# United States District Court

**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| v. | Case Number:   20-MJ-00150-WBG |
| **JOSHUA HOWLAND,**<br>[DOB: 01/09/78] | **COUNT ONE:**<br>**Conspiracy to Advertise Child Pornography**<br>18 U.S.C. § 2251(d) and (e)<br>NLT:    15 Years' Imprisonment<br>NMT:   30 Years' Imprisonment<br>NMT:   $250,000 Fine<br>Supervised Release:   5 Years to Life<br>Class B Felony |

**I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.**

## COUNT ONE

Between in or about November 2019 and July 2020, in the Western District of Missouri and elsewhere, JOSHUA HOWLAND, defendant herein, conspired with others to knowingly make, print, and publish, and cause to be made, printed, or published, any notice and advertisement seeking and offering to exchange, display, distribute, and reproduce any visual depiction, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, and which notice and advertisement was transported using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce by any means including by computer, all in violation of Title 18, United States Code, Section 2251(d) and (e).

I further state that I am a <u>Special Agent with the Federal Bureau of Investigation</u> and that this complaint is based on the following facts:

    (See attached affidavit),

Continued on the attached sheet and made a part hereof:   _X_ Yes     ___ No

                                                Signature of Complainant
                                                Ashley L. Davis, Special Agent
                                                Federal Bureau of Investigation

            By telephone at 12:53 pm on:
Sworn to ~~before me and subscribed in my presence~~,

    October 9, 2020             at   Kansas City, Missouri
Date                                       City and State

HONORABLE W. BRIAN GADDY
<u>United States Magistrate Judge</u>
Name and Title of Judicial Officer              Signature of Judicial Officer