CLOSED

# U.S. District Court
# District of Vermont (Burlington)
# CRIMINAL DOCKET FOR CASE #: 2:20-mj-00119-jmc-1

| | |
|---|---|
| Case title: USA v. Howland | Date Filed: 10/13/2020 |
| Other court case number: 4:20-mj-00150-WBG-1 USDC - Western District of Missouri (Kansas City) | Date Terminated: 10/13/2020 |

Assigned to: Judge John M. Conroy

### Defendant (1)

**Joshua Howland** represented by **FPD**
*TERMINATED: 10/13/2020* Office of the Federal Public Defender
District of Vermont
95 Pine Street, Suite 150
Burlington, VT 05401
(802) 862-6990
Email: samantha_barrett@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2251(d) and (e).F SEXUAL EXPLOITATION OF CHILDREN - conspiracy to advertise child pornography (1) | |

### Highest Offense Level (Opening)
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

### Highest Offense Level (Terminated)
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA     represented by     **Eugenia A. Cowles , AUSA**
United States Attorney's Office
District of Vermont
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Email: eugenia.cowles@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/13/2020 | 1 | RULE 5(c)(3) Documents obtained from Western District of Missouri (Western Division) as to Joshua Howland. (Attachments: # 1 Criminal Complaint)(law) (Additional attachment(s) added on 10/13/2020: # 2 Arrest Warrant) (law). (Entered: 10/13/2020) |
| 10/13/2020 | 2 | MOTION for Detention by USA as to Joshua Howland. (Cowles, Eugenia) (Entered: 10/13/2020) |
| 10/13/2020 | 3 | NOTICE OF DOCKET ENTRY CORRECTION as to Joshua Howland re: 1 Rule 5(c)(3) Documents. The arrest warrant was omitted at the time of entry. It is now attached to 1 and this entry. (law) (Entered: 10/13/2020) |
| 10/13/2020 | 4 | ORDER Appointing FPD for Joshua Howland. Signed by Deputy Clerk on 10/13/2020. (hbc) (Entered: 10/13/2020) |
| 10/13/2020 | 5 | MINUTE ENTRY for proceedings held before Judge John M. Conroy: Initial Appearance in Rule 5(c)(3) Proceedings and Detention Hearing as to Joshua Howland held on 10/13/2020. Present **via telephone** are AUSA Paul Van de Graaf for the gov't, AFPD Barclay Johnson for deft, and deft from NWCF. Consent to participate via teleconference submitted and approved by the Court. Deft sworn and Court makes inquiries. Financial affidavit reviewed. Court informs deft of the Complaint and deft's rights. Deft requests Preliminary Hearing be held in the charging district, but Detention Hearing be held in this district. Gov't moves for detention. Arguments by counsel. Court makes findings. ORDERED: Court appoints counsel on behalf of deft. 2 MOTION for Detention is granted. Deft to be detained and shall be transported to the Western District of Missouri. (Court Reporter: Recorded) (hbc) (Entered: 10/13/2020) |
| 10/13/2020 | 6 | CONSENT to Participate in Hearing Via Teleconference re Initial Appearance in Rule 5(c)(3) Proceedings scheduled for 10/13/2020 at 2:00 PM as to Joshua Howland. Signed by Judge John M. Conroy on 10/13/2020. (hbc) (Entered: 10/13/2020) |
| 10/13/2020 | 7 | CJA 23 Financial Affidavit as to Joshua Howland. (Document image is sealed) (hbc) (Entered: 10/13/2020) |

| | | |
|---|---|---|
| 10/13/2020 | 8 | ORDER OF DETENTION as to Joshua Howland. Signed by Judge John M. Conroy on 10/13/2020. (hbc) (Entered: 10/13/2020) |
| 10/13/2020 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Joshua Howland. Defendant committed to Western District of Missouri. Signed by Judge John M. Conroy on 10/13/2020. (hbc) (Entered: 10/13/2020) |
| 10/14/2020 | 10 | CASE UPDATE: Western District of Missouri notified of Rule 5(c)(3) proceedings as to Joshua Howland. (law) (Entered: 10/15/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/22/2020 14:20:15 | | | |
| **PACER Login:** | Wd2075:4277011:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:20-mj-00119-jmc |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**