USDC - DVT Consent to Participate Via Teleconference 04/2020

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
10/13/2020
BY HBC
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 2:20-mj-119 |
| ) | |
| Joshua Howland ) | |

## CONSENT TO PARTICIPATE IN HEARING
## VIA TELECONFERENCE

NOW COMES the defendant, by and through counsel, and consents to participate by teleconference in the _____Rule 5 Initial Appearance_____ hearing, scheduled on _____Oct 13, 2020_____ at __2:00__ ☐ a.m. ☑ p.m. in ☑ Burlington or ☐ Rutland, Vermont. See Fed. R. Crim. P. 43. and General Order No. 88 for the United States District Court District of Vermont.

The defendant also agrees, for purposes of this hearing, that teleconferencing technology satisfies the requirement of Fed. R. Crim. P. 10(a) that the hearing be conducted "in open court" and of Rule 43(a) that the defendant be "present" at the hearing.

10/13/2020
Date

[signature]
Defendant

10/13/2020
Date

/s/Barclay T. Johnson
Counsel for Defendant

The defendant's request to waive in person appearance at this hearing and to appear by telephone is hereby **APPROVED**.

10/13/2020
Date

[signature]
United States District/Magistrate Judge