# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | Place of Offense | Matter to be Sealed |
|---|---|---|
| ☐ Western  ☑ St. Joseph | **Platte** County and elsewhere | ☑ Secret Indictment |
| ☐ Central  ☐ Southern | | ☐ Juvenile |
| ☐ Southwestern | | |

**Defendant Information**
Defendant Name: Joshua Charles Howland
Alias Name:
Birthdate: 01/09/1978

**Related Case Information**
Superseding Indictment/Information ☑ Yes ☐ No  if yes, original case number 20-06007-01-CR-SJ-DGK
New Defendant ☐ Yes ☑ No
Prior Complaint Case Number, if any    20-MJ-00150-WBG
Prior Target Letter Case Number, if any

**U.S. Attorney Information**
AUSA  Alison D. Dunning/David Luna

**Interpreter Needed**
☐ Yes
☑ No     Language and/or dialect

**Location Status**
Arrest Date   10/09/2020
☑ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required  ☐ Yes  ☑ No
Warrant Required  ☐ Yes  ☑ No

**U.S.C. Citations**
Total # of Counts    2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:2251.F/6110/4 | Conspiracy to Advertise Child Pornography | 1 |
| 2 | 18:2252A.F/6300/4 | Conspiracy to Distribute and Receive Child Pornography | 2 |
| | 18:2253.F/9923/4 | Forfeiture Allegation | |

(May be continued on reverse)

Date  1/5/2021         Signature of AUSA   /s/ Alison D. Dunning