# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☐ Western<br>☐ Central<br>☐ Southwestern | ☑ St. Joseph<br>☐ Southern | **Jackson**<br>County and elsewhere | ☑ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name   Thomas Davis Moore, Jr.
Alias Name
Birthdate   11/30/1958

**Related Case Information**
Superseding Indictment/Information   ☑ Yes   ☐ No   if yes, original case number 20-06007-02-CR-SJ-DGK
New Defendant   ☐ Yes   ☑ No
Prior Complaint Case Number, if any   _____
Prior Target Letter Case Number, if any   _____

**U.S. Attorney Information**
AUSA   Alison D. Dunning/David Luna

**Interpreter Needed**
☐ Yes    Language and/or dialect   _____
☑ No

**Location Status**
Arrest Date   11/19/2020
☐ Currently in Federal Custody
☐ Currently in State Custody
☑ Currently on Bond

Writ Required    ☐ Yes  ☑ No
Warrant Required    ☐ Yes  ☑ No

**U.S.C. Citations**
Total # of Counts   2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:2251.F/6110/4 | Conspiracy to Advertise Child Pornography | 1 |
| 2 | 18:2252A.F/6300/4 | Conspiracy to Distribute and Receive Child Pornography | 2 |
|   | 18:2253.F/9923/4 | Forfeiture Allegation | |

(May be continued on reverse)

Date   1/5/2021          Signature of AUSA   /s/ Alison D. Dunning