# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☐ Western | ☑ St. Joseph | Platte County and elsewhere | ☑ Secret Indictment |
| ☐ Central | ☐ Southern | | ☐ Juvenile |
| ☐ Southwestern | | | |

**Defendant Information**
Defendant Name: Ryan Neal Montgomery
Alias Name:
Birthdate: 06/17/1980

**Related Case Information**
Superseding Indictment/Information ☑ Yes ☐ No  if yes, original case number 20-06007-03-CR-SJ-DGK
New Defendant ☐ Yes ☑ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA  Alison D. Dunning/David Luna

**Interpreter Needed**
☐ Yes        Language and/or dialect _____
☑ No

**Location Status**
Arrest Date  11/07/2020
☑ Currently in Federal Custody
☐ Currently in State Custody     Writ Required ☐ Yes ☑ No
☐ Currently on Bond              Warrant Required ☐ Yes ☑ No

**U.S.C. Citations**
Total # of Counts    2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:2251.F/6110/4 | Conspiracy to Advertise Child Pornography | 1 |
| 2 | 18:2252A.F/6300/4 | Conspiracy to Distribute and Receive Child Pornography | 2 |
| | 18:2253.F/9923/4 | Forfeiture Allegation | |

(May be continued on reverse)

Date  1/5/2021             Signature of AUSA  /s/ Alison Dunning