# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | Place of Offense | Matter to be Sealed |
|---|---|---|
| ☐ Western  ☑ St. Joseph | **Platte** | ☑ Secret Indictment |
| ☐ Central  ☐ Southern | County and elsewhere | ☐ Juvenile |
| ☐ Southwestern | | |

**Defendant Information**

Defendant Name: David Shawn Sobieck
Alias Name:
Birthdate: 02/01/1950

**Related Case Information**

Superseding Indictment/Information ☑ Yes ☐ No if yes, original case number 20-06007-04-CR-SJ-DGK
New Defendant ☑ Yes ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**

AUSA Alison D. Dunning/David Luna

**Interpreter Needed**

☐ Yes   Language and/or dialect _____
☑ No

**Location Status**

Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody        Writ Required   ☐ Yes ☑ No
☐ Currently on Bond                  Warrant Required ☑ Yes ☐ No

**U.S.C. Citations**

Total # of Counts    2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:2251.F/6110/4 | Conspiracy to Advertise Child Pornography | 1 |
| 2 | 18:2252A.F/6300/4 | Conspiracy to Distribute and Receive Child Pornography | 2 |
|   | 18:2253.F/9923/4 | Forfeiture Allegation | |

(May be continued on reverse)

Date  1/5/2021           Signature of AUSA  /s/ Alison Dunning