2-24-21 13:00

Dear Clerk of Court,

Forgive me if this isn't the formal way to go about this but I have been seemingly abandoned by my attorney Willis Toney. As such, I'd like to request a hearing with Judge Gaddy to discuss appointing me effective counsel and releasing Mr. Toney of his role, and also to discuss some illegal actions happening to me by staff at Leavenworth Detention Center. Mr. Toney does not respond to letters I've written, or voice mail my family has left urging him to call me, because I'm unable to leave voice mail myself due to the jail phone system requiring a human to press or say "Five" to accept the call, and his number (816) 924-3000 always goes to voice mail. Please notify me by mail of the hearing date and also notify Leavenworth Detention Center of said date to set up a zoom meeting.

Address mail to →
Joshua Howland #12247509
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, KS 66048

Regards,
Joshua Howland
*Joshua Howland* (signature)

D.o.b: 1-9-78
BOP #: 12247509
Cell # Z unit cell 112