J. Howland #12247509
LDC
100 highway Terrace
Leavenworth, KS 66048

*LEGAL MAIL*

LEGAL MAIL

KANSAS CITY 640
2 APR 2021 PM 3 L

U.S. District
Court Clerk
400 E. 9Th ST
Kansas City, MO 64106

SCREENED
U.S. MARSHALS

NOTICE: This Correspondence was mailed from a correctional institution it's contents are uncensored.

64106-260785

CONFIDENTIAL LEGAL MAIL

20-6007
DGK

4-1-21 14:20 hrs

Clerk of Court,

    I am again sorry if this is the incorrect way to ask for a hearing however once again I lack guidance from my attorney. During my last appearance Judge Gaddy denied my motion to dismiss Willis Toney as my counselor. Willis and I communicated very well for one week via a few Zoom meetings then he's gone quiet on me for 15 days and counting. The last conversation he and I had he'd told me he'd reached out to the Marshall Service regarding my numerous woes while in the custody of CoreCivic/CCA Leavenworth and he'd been told by them that they were going to remove me from Leavenworth and relocate me to Caldwell County Missouri where medical was going to assess my dietary needs and where I'd immediately be placed in a specific unit for people with my type of charges/crimes. And said move was to take place by the end of the week ending Friday March 19th and if I was still in CCA then, then notify Willis. He was voice mailed on the 19th, again on Wednesday the 24th and a letter stating the urgency of my further deteriorating treatment in CCA was mailed Friday the 26th, along with another urgent voice mail on Monday the 30th. No replies have been made by Mr. Toney. Hon. Gaddy in my last appearance told Willis that if we did not get satisfactory results from the Marshall Service, than his honor would consider a confinement hearing. I need that to occur (cont

Case 5:20-cr-06007-DGK   Document 84   Filed 04/05/21   Page 2 of 3

as expeditiously as possible. I'm at a point with CCA where communications have failed and I am refusing all food and medication and told staff I am only willing to communicate with them through my attorney from here forward. If only I had an attorney through which to communicate... and before I forget it, I'd also mailed Willis the four page damning grievance letter I'd submitted to the Marshall Service back on February 19th and an additional page of events such as my being held hostage for 4½ hours on 3/3/21 by my mentally unstable cellmate. This info was mailed on approximately 3/17/21 or a day or two sooner. I need help urgently and at this point do not know to whom I should turn to for it other than His Honor.

Again, I'm sorry,

Joshua C. Howland
Joshua C. Howland
BOP # 12247509
D.O.B 1-9-1978
CCA Leavenworth Unit Z-110