IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JOSHUA HOWLAND,<br><br>                Defendant. | Case No. 20-06007-01-CR-SJ-DGK<br>Complaint No. 20-MJ-00150-WBG |

MOTION TO DISMISS CRIMINAL COMPLAINT

COMES NOW Alison D. Dunning, Assistant United States Attorney, and moves the Court to dismiss the Criminal Complaint filed on October 9, 2020, before United States Magistrate Judge W. Brian Gaddy, at Kansas City, Missouri, charging the defendant with violation of Title 18, United States Code, Section 2251(d) and (e).

                                                                                                    /s/Alison D. Dunning
                                                                                                       Alison D. Dunning
                                                                                                       Assistant United States Attorney

O R D E R

IT IS HEREBY ORDERED that the Motion to Dismiss Criminal Complaint, as shown above, is granted.

Dated:    *April 21, 2021*                              /s/ W. Brian Gaddy
       Kansas City, Missouri                          HONORABLE W. BRIAN GADDY
                                                                     United States Magistrate Judge
                                                                     Western District of Missouri