Sir/Ma'am,

A few months back Hon. Gaddy said he'd entertain the idea of a confinement hearing. Since my attorney Willis Toney has not been successful resolving the issues, I feel the hearing is necessary now.

20-6007
DGK
CD

Joshua Howland
Joshua Howland
B.O.P #12247509
D.O.B. 1/9/1978