**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 20-06007-01-CR-SJ-DGK** |
| | ) | |
| **JOSHUA HOWLAND,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Pending is Defendant Joshua Howland's pro se request for a confinement hearing. Doc. 94. Pursuant to the Court's Scheduling and Trial Order, "For defendants represented by counsel, the Court will **only** accept pretrial filings made by counsel. *Pro se* filings **will not** be accepted for defendants who are represented by counsel." Doc. 49 at 2 (emphasis in original). Because Defendant is represented by counsel, any relief he seeks must be filed by his attorney of record. Accordingly, Defendant's motion is **DENIED WITHOUT PREJUDICE**. If Defendant's counsel believes there is any merit to Defendant's pro se motion, he may file a separate motion on those issues.

The Clerk's Office is directed to mail a copy of this Order via first class mail, postage prepaid, to the following:

Joshua Howland, #1353664
Caldwell County Detention Center
280 West Main Street
Kingston, MO 64650

**IT IS SO ORDERED.**

DATE: July 13, 2021                     ___*/s/ W. Brian Gaddy*_____
                                        W. BRIAN GADDY
                                        UNITED STATES MAGISTRATE JUDGE