**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

**UNITED STATES OF AMERICA**,

                     Plaintiff,

      v.                          **Case No.  20-06007-01-CR-SJ-DGK**

**JOSHUA HOWLAND**,

                    Defendant.

**NOTICE AND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

      The United States of America hereby files the following Notice and Bill of Particulars for Forfeiture of Property.

      The Forfeiture Allegation pending in this case seeks forfeiture of any visual depiction described in Title 18, United States Code, Sections 2251 or 2252A, or any film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained; and any property, real or personal, used or intended to be used to commit or to promote the commission of Counts One and Two of the Second Superseding Indictment.

The United States hereby gives notice that it is seeking forfeiture of one black spy camera charger, model MEE007, with 32GB Samsung EVO micro SD card, as property used to commit, promote, or facilitate the commission of Counts One and Two of the Second Superseding Indictment.

Respectfully submitted,

Teresa A. Moore
Acting United States Attorney

By:

/s/ Alison D. Dunning
Alison D. Dunning
Assistant United States Attorney
400 E. 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2021, the foregoing motion was electronically filed with the Clerk of the Court using the CM/ECF system for electronic delivery to all counsel of record.

/s/ Alison D. Dunning
Alison D. Dunning
Assistant United States Attorney

2