IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 20-06007-01-CR-SJ-DGK |
| | ) | |
| JOSHUA HOWLAND, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending is Defendant Joshua Howland's Request for Hearing on Issue of Medical Care. Doc. 96. Therein, Defendant asked the Court to hold a hearing on his receipt of medical care and direct the United States Marshals service to provide him with proper medical care. *Id*. The Court **GRANTED** Defendant's request for a hearing and held a hearing on September 21, 2021. Doc. 106. At the close of the hearing, the Court directed the parties and the United States Marshals Service to work together to obtain Defendant's medical records and evaluate whether he should be transported to another facility. *Id*. Recently, the United States Marshals Service and Defendant's counsel informed the Court that Defendant's medical issues have been addressed. Accordingly, the Court **DENIES AS MOOT** the remainder of the relief sought in Defendant's motion.

**IT IS SO ORDERED.**

DATE: November 1, 2021      */s/ W. Brian Gaddy*
                            W. BRIAN GADDY
                            UNITED STATES MAGISTRATE JUDGE