Joshua Howland #12247509
CDC
P.O. Box 38
Kingston, MO 64650

20-6007-01
DGK

Office of The Clerk
Western Missouri District
400 E. 9th St Ste 1510
Kansas City, MO 64106

Deposit Funds Online at:
InmateCanteen.com

U.S. POSTAGE >> PITNEY BOWES
ZIP 54022 $ 000.53
0000359603

① January 14th, 2022

To whom it may concern,

I apologize for having to do this a 3rd time, however I've been advised to do so by the Federal Public Defender's Office, because they're unable to help me. My name is Joshua C. Howland B.O.P # 12247509 D.O.B 1-9-1978. I'm writing to have my attorney Willis L. Toney dismissed as my counsel for the following reasons:

- Complete and total breakdown of communication
- Repeatedly lying to me; for example on October 20th, one of the extremely rare occasions I've reached him by telephone, he assured me he'd send me a copy of my indictment. It never came. I spoke to his paralegal on November 5th who assured me she sent it but would send another copy. As of today the 14th of January 2022 I've still not received it. He's told me he'd arrange to have me transported to Kansas City to view additional discovery material he's unable to send here and 4 months later that hasn't happened.
- I've expressed desire to cooperate, he had a meeting with the A.U.S.A in late September and has yet to tell me the outcome of said meeting.

2

- I've gone as far as filing a complaint with the Missouri Bar Association which was supposed to be passed down to a mediator but despite filing paperwork in a timely manner, no mediator ever contacted me. This seemed to anger Mr. Toney as I have in my posession a letter dated August 16th, 2021 expressing his displeasure with my complaint and denying violating the cannon of ethics, and more importantly,

- In said letter he's offered to come before the court and resign as my counsel if I feel he's not doing a good enough job. About 1 month ago I wrote him and told him to go ahead and do so. As of this morning he's yet to file a motion to do so. I'd provide a copy of said letter however it may contain info protected by attorney/client privilege, so I've opted not to do so.

- I feel I don't stand a fair chance at all with this man as my counsel, to the point I'm in a severe state of depression. I beg of you for your assistance.

Joshua C. Howland
Joshua C. Howland
1-14-22