# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 20-06007-01-CR-W-DGK |
| ) | |
| JOSHUA HOWLAND, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On February 10, 2022, the Court held an ex parte hearing on Defendant's pro se motion to remove counsel, filed on January 21, 2022 (Doc. 130). Upon review of the motion and after obtaining additional information from Defendant and counsel, the Court GRANTS Defendant's January 21, 2022 pro se motion (Doc. 130).

Therefore, it is ORDERED that Willis Toney and each member of his attorney staff are hereby relieved as appointed counsel for Defendant at all further proceedings.

FURTHERMORE, it is ORDERED that Preston Jones, 1201 NW Briarcliff Pkwy, Second Floor, Kansas City, MO 64116, is hereby appointed to represent Defendant in all proceedings hereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

IT IS SO ORDERED.

DATE: February 10, 2022        /s/ W. Brian Gaddy
                               W. BRIAN GADDY
                               UNITED STATES MAGISTRATE JUDGE